IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

NICHOLAS HUFFINE

Criminal No. 19-188

ARRAIGNMENT PLEA

Defendant NICHOLAS HUFFINE

being arraigned, pleads _____

in open Court this _____ day of

_____, 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)